JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HEIMM,<br><br>      Petitioner,<br><br>    v.<br><br>MR. PEREZ, WARDEN,<br><br>      Respondent. | Case No. ED CV 14-0170 JFW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Denying Application for Leave to File Late Habeas Petition and/or Stay Action and Summarily Dismissing Action Without Prejudice.

DATED: February 5, 2014  _____

                                                    Hon. John F. Walter<br>
                                                    United States District Judge